UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHILIP ROBERT REYNOLDS and JOHN BRIGHAM LAWSON,<br><br>Plaintiffs<br><br>v.<br><br>WAL-MART TRANSPORTATION, LLC,<br><br>Defendant | Case No.: 2:23-cv-02020-APG-BNW<br><br>**Order (1) Deeming Order to Show Cause Satisfied and (2) Denying Motion to Remand** |

Defendant Wal-Mart Transportation, LLC removed this action from state court based on diversity jurisdiction. ECF No. 1. In doing so, Wal-Mart did not identify the citizenship of each of its members, so I ordered Wal-Mart to show cause why this case should not be remanded for lack of subject matter jurisdiction. ECF No. 14. Wal-Mart did not specifically respond to my order to show cause, but it filed a corrected certificate of interested parties in which it identified its citizenship showing that complete diversity exists between the plaintiffs and Wal-Mart. ECF No. 17.

Separately, the plaintiffs move to remand, arguing that Wal-Mart has not established that complete diversity exists because it has not identified the defendant Doe driver who allegedly caused the car accident that injured the plaintiffs, who might be a Nevada citizen. ECF Nos. 5; 8. Wal-Mart responds that the driver was not a party to the case at the time of removal, so his citizenship is irrelevant to whether removal was proper. Wal-Mart also identifies the driver and states that he is a California resident, so complete diversity exists because the plaintiffs are Nevada citizens.

The only parties to this case at the time of removal were the plaintiffs, who are Nevada citizens, and Wal-Mart, which is a citizen of Delaware and Arkansas. *See* ECF Nos. 15; 17. Under 28 U.S.C. § 1441(b), I disregard the doe driver's citizenship in determining whether removal was proper based on diversity jurisdiction. Moreover, Wal-Mart has now identified the driver and states that he is a California citizen. The plaintiffs have not rebutted that contention.

I THEREFORE ORDER that the order to show cause (ECF No. 14) is satisfied.

I FURTHER ORDER that the plaintiffs' motion to remand (ECF Nos. 5, 8) is DENIED.

DATED this 17th day of January, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE