Alex J. De Castroverde, Esq.
Nevada Bar No. 6950
Orlando De Castroverde, Esq.
Nevada Bar No. 7320
Kimberly Valentin
Nevada Bar No. 12509
Millie Mummery
Nevada Bar No. 16594
**DE CASTROVERDE LAW GROUP**
1149 S. Maryland Parkway
Las Vegas, Nevada 89104
Phone: (702) 964-1749
Facsimile: (702) 383-8741
Email: Millie@decastroverdelaw.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILIP ROBERT REYNOLDS, JOHN BRIGHAM LAWSON,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART TRANSPORTATION, LLC; MICHAEL MURRY; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant. | CASE NO.: 2:23-cv-02020-APG-BNW<br><br>**DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>SPECIAL SCHEDULING REVIEW REQUESTED |

Pursuant to Local Rule 26-1(b), the parties submit their proposed Discovery Plan and Scheduling Order. Deadlines that fall on a Saturday, Sunday, or legal holidays have been scheduled for the next judicial day.

1. Meeting: Pursuant to FRCP Rule 26(f), a meeting was held on January 25, 2024 and was attended by Millie Mummery, Esq. of DE CASTROVERDE LAW GROUP for Plaintiff and Bruce Dickinson, Esq. of the THORNDAL ARMSTRONG, PC for Defendant.

2. Pre-Discovery Disclosures: Pursuant to FRCP Rule 26(a)(1), the parties will make their pre-discovery disclosures, including but not limited to any Computation(s) of damages, required pursuant to FRCP 26(a)(i)(A)(iii), by February 2, 2024. Plaintiff is to provide Defendant signed authorizations within thirty days of being served upon Plaintiff.

3. Areas of Discovery: The parties agree that the areas of discovery should include, but not be limited to: all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

4. The parties request Special Scheduling Review. Additional time is needed to prepare for litigation and participate in Rule 30(b)(6) depositions that may be necessary. The parties anticipates needing more time for discovery because they were pending the court's decision on the motion to remand until January 17, 2024, there are multiple plaintiffs, and an additional defendant (the newly identified driver) is going to be added to the case through an amended complaint.

5. Discovery Plan:

A. The parties propose the following discovery plan:

| | | |
|---|---|---|
| 1. | Discovery cut off: | October 10, 2024 |
| 2. | Filing motions to amend: | July 10, 2024 |
| 3. | Initial expert disclosure: | July 10, 2024 |
| 4. | Rebuttal expert disclosure: | August 9, 2024 |
| 5. | Dispositive motions: | November 11, 2024 |

B. Amending the Pleadings and Adding Parties: The parties shall have until July 10, 2024, to file any motions to amend the pleadings to add parties. This is 92 days before the discovery cut-off date.

C. FRCP 26(a)(2) Disclosure of Experts: Disclosure of experts shall proceed according to FRCP Rule 26(a)(2) and LR 26-1(e)(3) as follows: The disclosures of experts and their initial reports shall occur on or before July 10, 2024. The disclosure of rebuttal experts and their initial reports shall occur on or before August 9, 2024. These deadlines are 92 and 62 days before the discovery cut-off date, respectively.

D. Interim Status Report: The parties shall file the interim status report by August 12, 2024, 60 days before the discovery cut-off date, as required by LR 26-3.

E. Dispositive Motions: The parties shall have until November 11, 2024 to file dispositive motions. This is 31 days after the discovery cut-off date, as required by LR-26-1 (b)(4).

F. Pre-Trial Order: The parties will prepare a Consolidated Pre-Trial Order on or before December 11, 2024, which is not more than 30 days after the date set for filing dispositive motions in the case, as required by LR 26-1 (b)(4). This deadline will be suspended if dispositive motions are timely filed until 30 days after the decision of the dispositive motions or until further order of the Court. The disclosure required by FRCP Rule 26(a)(3), and objections thereto, shall be made in the pre-trial order.

G. If the Court has questions regarding the dates proposed by the parties, the parties request a conference with the Court before entry of the Scheduling Order. If the Court does not have questions, the parties do not request a conference with the Court.

H. Extensions or Modifications of the Discovery Plan and Scheduling Order: LR 26-4 governs modifications or extensions of this Discovery Plan and Scheduling Order. Any stipulation or motion to extend a deadline set forth in the discovery plan and scheduling order must be made no later than 21 days before the subject deadline. Any

1  stipulation or motion to extend the discovery cut-off period must be made no later than
2  September 19, 2024, 21 days before the discovery cut-off date.
3        I. Format of Discovery: Pursuant to the electronic discovery amendments to
4  the Federal Rules of Civil Procedure effective December 1, 2006, the parties addressed
5  the e-discovery issues pertaining to the format of discovery at the Rule 26(f) conference.
6
7  The parties do not anticipate discovery of native files or metadata at this time, but each
8  party reserves the right to make a showing for the need of such electronic data as
9  discovery progresses. The parties certify that they may present evidence in electronic
10 format to jurors for the purposes of jury deliberation in compliance with the Court's
11 electronic jury evidence display system.
12
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23

J. Mediation: The parties discussed possible mediation after some discovery is completed, as required by LR 26-1(b)(7). The parties also discussed the possibility of trial by magistrate judge, as required by LR-26-1(b)(8).

DATED this 21st day of February, 2024.

**DE CASTROVERDE LAW GROUP**

By: */s/Millie Mummery*
Kimberly Valentin
Nevada Bar No. 12509
Millie Mummery
Nevada Bar No. 16594
1149 S. Maryland Pkwy
Las Vegas, NV 89104
Attorneys for Plaintiff

DATED this 21st day of February, 2024

**THORNDAL ARMSTRONG**

By: */s/Bruce Dickinson*
Bruce Dickinson, Esq.
Nevada Bar No. 2297
1100 E. Bridger Ave
Las Vegas, NV 89101
Attorney for Defendant

IT IS SO ORDERED: _____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/22/2024

# Solange Cardenas

| | |
|---|---|
| **From:** | Bruce S. Dickinson <bsd@thorndal.com> |
| **Sent:** | Wednesday, February 21, 2024 2:35 PM |
| **To:** | Solange Cardenas; Star Farrow-Plewnarz |
| **Cc:** | Krisanne Steele-Fetcho; Millie Mummery; Kimberly Valentin; Patricia Anaya Navas |
| **Subject:** | RE: WM adv Reynolds Discovery Scheduling Order |

**CAUTION:** This email originated from outside of the organization. Be cautious when opening attachments or clicking links.

I am good with the Discovery Scheduling Order.   Ok to e-sign for me and submit to the court.

Bruce

**From:** Solange Cardenas <Solange@dlgteam.com>
**Sent:** Wednesday, February 21, 2024 2:09 PM
**To:** Bruce S. Dickinson <bsd@thorndal.com>; Star Farrow-Plewnarz <sfp@thorndal.com>
**Cc:** Krisanne Steele-Fetcho <ksf@thorndal.com>; Millie Mummery <Millie@dlgteam.com>; Kimberly Valentin <kimberly@dlgteam.com>; Patricia Anaya Navas <Patricia@dlgteam.com>
**Subject:** RE: WM adv Reynolds Discovery Scheduling Order

Good afternoon Counsel,

Please see the revised Discovery Plan and Scheduling Order here attached for your review. Let us know if this version is approved to be submitted for Court's review.

Thank you!



**Solange Cardenas**
**Case Manager**

Solange@dlgteam.com   |   dlgteam.com
**P** 702.222.9999    **F** 702.383.8741

**DOWNTOWN LAS VEGAS**
1149 S. Maryland Pkwy
Las Vegas, NV 89104

**TIVOLI VILLAGE SUMMERLIN**
410 S. Rampart Blvd, Ste 480
Las Vegas, NV 89145

**HENDERSON**
9555 S. Eastern Ave, Ste 200
Las Vegas, NV 89123

**RENO**
275 Hill St, Ste 300
Reno, NV 89501

**SAN FRANCISCO BAY AREA**
1111 Broadway, Ste 300
Oakland, CA 94607

**AUSTIN**
801 Barton Springs Rd
Austin, TX 78704



1