BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
AILEEN E. COHEN, ESQ.
Nevada Bar No. 005263
**THORNDAL ARMSTRONG, PC**
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV  89101
TEL: (702)  366-0622
FAX: (702)  366-0327
email:  bsd@thorndal.com
aec@thorndal.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHILIP ROBERT REYNOLDS, JOHN BRIGHAM LAWSON,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART TRANSPORTATION, LLC; MICHAEL MURRY; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-02020-APG-BNW<br><br>**Stipulation and Order to Amend Caption to Correctly Identify Name of Defendant Michael Murry** |

Plaintiffs Philip Robert Reynolds and John Brigham Lawson, by and through their attorneys of record, Kimberly Valentin, Esq. and Millie L. Mummery, Esq.  of the DE CASTROVERDE LAW GROUP; Defendants Wal-Mart Transportation, LLC, and Michael Murray, by and through their attorney of record, Bruce Scott Dickinson, Esq. of the law firm of Thorndal Armstrong, stipulate to the following:

. . .

. . .

1

The parties stipulate to amend the caption to identify Defendant Michael Murry by the correct spelling of his name, Michael Murray, and to use the amended caption in all further pleadings.

| Respectfully Submitted by: | Respectfully Submitted by: |
|---|---|
| Dated this 29th day of April, 2024 | Dated this 29th day of April, 2024 |
| /s/ *Millie L. Mummery* <br> By: _____ <br> Kimberly Valentin, Esq. <br> Millie L. Mummery, Esq. <br> 1149 South Maryland Pkwy <br> Las Vegas, NV 89104 <br> Tel: 702.964.1749 / Fax: 702.383.8741 <br> Kimberly@decastroverdelaw.com <br> Millie@decastroverdelaw.com <br><br> Attorneys for Plaintiffs | By: _____ <br> BRUCE SCOTT DICKINSON, ESQ. <br> Nevada Bar No. 002297 <br> AILEEN E. COHEN, ESQ. <br> 600 S. Las Vegas Blvd., Suite 400 <br> Las Vegas, NV 89101 <br> TEL: (702) 366-0622 / FAX: (702) 366-0327 <br> email: bsd@thorndal.com <br> aec@thorndal.com <br><br> Attorneys for Defendants |

Case Name: Reynolds et al. v. Wal-Mart Transportation LLC
Case No.: 2:23-cv-02020-APG-BNW

**ORDER**

**IT IS SO ORDERED** that the caption shall be amended to identify the Defendant Michael Murry by the correct spelling of his name, Michael Murray.

**IT IS FURTHER ORDERED** that the amended caption be used on all further pleadings.

**IT IS FURTHER ORDERED** that the Clerk of Court amend the caption to identify Defendant Michael Murry as Michael Murray.

DATED this 30th day of April, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

THORNDAL ARMSTRONG, PC

By:_____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
AILEEN E. COHEN, ESQ.
Nevada Bar No. 005263
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV  89101

Attorneys for Defendants

3