BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
AILEEN E. COHEN, ESQ.
Nevada Bar No. 005263
**THORNDAL ARMSTRONG, PC**
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV  89101
TEL: (702) 366-0622
FAX: (702) 366-0327
email: bsd@thorndal.com
aec@thorndal.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILIP ROBERT REYNOLDS, JOHN BRIGHAM LAWSON,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART TRANSPORTATION, LLC; MICHAEL MURRAY; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-02020-APG-BNW<br><br>**Stipulation and Proposed Order to Withdraw Defendant Wal-Mart Transportation, LLC's Motion for Protective Order and Vacate October 10, 2024 Hearing**<br><br>**HEARING DATE: October 10, 2024**<br>**HEARING TIME: 2:00 pm PDT** |

Plaintiff, John Lawson, and Defendant, Wal-Mart Transportation, LLC, stipulate that Defendant's Motion for Protective Order [Doc 46] may be withdrawn and the October 10, 2024, hearing on the motion be vacated.

…

…

…

…

1

The reason for the stipulation is that counsel have had a meet and confer and have resolved the issues raised in the motion.

| | |
|---|---|
| DATED this 8th day of October, 2024. | DATED this 8th day of October, 2024. |
| GILLOCK & COGGESHALL | THORNDAL ARMSTRONG, PC |
| /s/ *Michael H. Coggeshall*<br>By:_____<br>GERALD I. GILLOCK, ESQ.<br>Nevada Bar No.: 51<br>MICHAEL H. COGGESHALL, ESQ.<br>Nevada Bar No.: 14502<br>428 South Fourth Street<br>Las Vegas, Nevada  89101<br>Ph: (702) 386-0000 / Fax: (702) 385-2604<br>gillock@gmk-law.com<br>mcoggeshall@gmk-law.com<br><br>Attorney for Plaintiff, John Lawson | By:_____<br>BRUCE SCOTT DICKINSON, ESQ.<br>Nevada Bar No. 002297<br>AILEEN E. COHEN, ESQ.<br>Nevada Bar No. 005263<br>600 S. Las Vegas Blvd., Suite 400<br>Las Vegas, NV  89101<br>TEL: (702) 366-0622 / FAX: (702) 366-0327<br>email:  bsd@thorndal.com<br>email:  aec@thorndal.com<br><br>Attorneys for Defendants |

## Order

**IT IS SO ORDERED.**

Dated this   9   day of   October  , 2024.

_____
**United States Magistrate Judge**

2