BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
AILEEN E. COHEN, ESQ.
Nevada Bar No. 005263
**THORNDAL ARMSTRONG, PC**
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV  89101
TEL: (702) 366-0622
FAX: (702) 366-0327
email:  bsd@thorndal.com
aec@thorndal.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN BRIGHAM LAWSON,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART TRANSPORTATION, LLC; MICHAEL MURRAY; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-02020-APG-BNW<br><br>**Stipulation and Order to Dismiss with Prejudice** |

**IT IS HEREBY STIPULATED AND AGREED**; by and between Plaintiff John Brigham Lawson and Defendants Wal-Mart Transportation, LLC and Michael Murray, by and through their

…

…

…

1

undersigned counsel of record, that the above-entitled action be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 21st day of November, 2025.

GILLOCK & COGGESHALL

By: /s/ 
Gerald Gillock, Esq.
Michael H. Coggeshall, Esq.
428 South Fourth Street
Las Vegas, Nevada 89101
Ph: (702) 386-0000 / Fax: (702) 385-2604

Attorneys for Plaintiff

DATED this 21st day of November, 2025.

THORNDAL ARMSTRONG, PC

By: /s/
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
AILEEN E. COHEN, ESQ.
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
TEL: (702) 366-0622 / Fax: (702) 366-0327

Attorneys for Defendants

## Order

**IT IS SO ORDERED** November 26, 2025.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by
**THORNDAL ARMSTRONG, PC**

_____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
TEL: (702) 366-0622 / Fax: (702) 366-0327
email: bsd@thorndal.com

Attorneys for Defendants

2